### RICHARDSON LUMBER CO. V. COLLEY.
(Decided Nov. 28, 1911.)

APPEAL from Winston Circuit Court.

Heard before Hon. J. J. RAY.

A. A. WILLIAMS, and CHENAULT & CHENAULT, for appellant.   J. A. STAGNER, for appellee.

Per curiam.   Dismissed for want of prosecution.

### WEIR V, CITY OF GADSDEN.
(Decided June 1, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for either party.

Per curiam.   Affirmed for want of assignment or error.

### PRESSWOOD V. THE STATE.
(Decided May 9, 1911.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

MATHEWS & MATHEWS, for appellant.   R. C. BRICKELL, Attorney General, for the State.

DE GRAFFENRIED, J.   Reversed and rendered on the evidence.

### REED V. THE STATE.
(Decided April 13, 1911.)

APPEAL from Talladega City Court.

Heard before Hon. G. K. MILLER.

No counsel marked for appellant.   ALEXANDER M. GARBER, Attorney General, for the State.

PELHAM, J.   No error in the record.   Affirmed.